IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROLANDO FLORES LEYNEZ,**

      Petitioner,

v.                                                                                      Case No. 2:26-cv-01006-WJ-KK

**TODD BLANCHE,** Acting Attorney General
of the United States; MARKWAYNE MULLINS,
Secretary of the Department of Homeland Security;
TODD M. LYONS, Acting Director of
United States Immigration and Customs Enforcement;
BILL SHAW, Assistant Field Office Director,
U.S. Immigration and Customs Enforcement,
Albuquerque Field Office;
WARDEN, Torrance County Detention Center

      Respondents.

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court *sua sponte*. The Court previously directed Petitioner's counsel to file a status report regarding Petitioner's custody status. *See* Memorandum Opinion and Order Granting Writ of Habeas Corpus in Part and Ordering Prompt Bond Hearing, **[Doc. 7 at 3].** That deadline has passed, and no status report has been filed. Petitioner shall file the required status report no later than **Friday, July 10, 2026.** If the status report is not filed by the July 10, 2026 deadline, the Court may close this case without further notice.

          /s/_____
          WILLIAM P. JOHNSON
          SENIOR UNITED STATES DISTRICT JUDGE