**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ROLANDO FLORES LEYNEZ,**

Petitioner,

v. Case No. 1:26-cv-01006-WJ-KK

**TODD BLANCHE,** Acting Attorney General
of the United States; MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security;
TODD M. LYONS, Acting Director of
United States Immigration and Customs Enforcement;
BILL SHAW, Assistant Field Office Director,
U.S. Immigration and Customs Enforcement,
Albuquerque Field Office;
WARDEN, Torrance County Detention Center,
in their official capacities,

Respondents.

**JUDGMENT AND ORDER CLOSING CASE**

**THIS MATTER is** before the Court under Fed. R. Civ. P. 58, upon the Petition for Writ of Habeas Corpus, **[Doc. 1]**, the Court having granted a writ of habeas corpus directing that Petitioner be granted a bond hearing or released from custody **[Doc. 7]**, Respondents having filed a status report that a bond hearing was held in compliance with the Court's order **[Doc. 9],** the Court having dismissed Petitioner's motion to enforce **[Doc.10]**, and there being no further habeas corpus relief that can be granted,

**IT IS ORDERED, ADJUDGED, and DECREED** that all habeas corpus claims have been concluded and the Clerk of Court is directed to **CLOSE** this case.

/s/________________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE